**162**

EQUAL EMPLOYMENT OPPOR-
TUNITY COMMISSION,
Plaintiff–Appellant,

v.

ROBERTSON CHEATHAM FARMERS
COOPERATIVE, Defendant–
Appellee.

No. 03–6542.

United States Court of Appeals,
Sixth Circuit.

Nov. 18, 2004.

Gail S. Coleman, Equal Employment Opportunity Commission Office of General Counsel, Washington, DC, for Plaintiff–Appellant.

Charles R. Ray, Ray & Frensley, Nashville, TN, for Defendant–Appellee.

Before NORRIS, BATCHELDER and ROGERS, Circuit Judges.

MEMORANDUM OPINION

PER CURIAM.

In Case No. 03–6338, this Court affirmed the judgment of the district court, with the result that defendant is required to pay the amount of the judgment.

The issue raised by the Equal Employment Opportunity Commission, that the district court abused its discretion in not requiring a supersedeas bond, is therefore moot.

Accordingly, this appeal is dismissed.